In the Matter of the General Assignment for the Benefit of Creditors of AMERICAN BERET & MILLINERY CO., INC., to DAVID HIRSCH, Assignee. SAMUEL BERNSTEIN, Petitioner, Respondent; DAVID HIRSCH, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

NATIONAL HOUSE CLEANING CONTRACTORS, INC., Respondent, v. STEVE BOBALUC, Individually and as President of, and ABRAHAM ROSENBLATT, Individually and as Secretary and Treasurer of Window Cleaners Protective Union, Local No. 2, Affiliated with Building Service Employees International Union of the American Federation of Labor, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

CARYL GOODMAN, Suing on Behalf of Herself and All Other Bondholders and Trust Beneficiaries Similarly Situated with Respect to an Indenture of Trust Dated May 1, 1928, Whereunder the LEXINGTON HOTEL CORPORATION Was the Obligor and the MANUFACTURERS TRUST COMPANY OF NEW YORK Is Now Acting as Trustee, Respondent, v. THE MANUFACTURERS TRUST COMPANY OF NEW YORK, as Trustee, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and grant defendant's motion.

KENNETH E. CLAYTON-KENNEDY, Respondent, v. CLARENCE G. MICHALIS, Appellant.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion denied in toto. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

PAUL J. MORANTI, INC., Appellant, v. EMPIRE CITY SUBWAY COMPANY (LIMITED), Respondent.— Order so far as appealed from modified by granting motion for examination of defendant before trial as to item 8, by granting a limited inspection of the documents to the extent allowed in Zeltner v. Fidelity & Deposit Co. of Maryland (220 App. Div. 21), and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

FLORENCE LAZARUS, Respondent, v. BENJAMIN REICH, Defendant, Impleaded with JEANNETTE REICH, Also Known as JEAN REICH, Appellant.— Order so far as appealed from affirmed, without costs. No opinion. The bill of particulars to be served within ten days from service of order. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.; Merrell, J., dissents and votes for modification.